1

2

3

4

5

6              IN THE UNITED STATES DISTRICT COURT

7

8              FOR THE NORTHERN DISTRICT OF CALIFORNIA

9  NEXT GENERATION CAPITAL, LLC,              No. C 13-02881 JSW

10          Plaintiff,                        **ORDER ADOPTING REPORT
                                              AND RECOMMENDATION AND
11    v.                                      REMANDING ACTION TO
                                              SOLANO COUNTY SUPERIOR
12  MARY THAI, QUANG THAI, NANCY              COURT**
    LOPEZ, and PASCAL LOPEZ,
13                                            (Docket No. 12)
           Defendants.
14
    _____/
15

16        This matter comes before the Court upon the Report and Recommendation issued by

17  Magistrate Judge Cousins that this Court remand this action to Solano County Superior Court

18  for lack of subject matter jurisdiction.  The time for filing objections to the Report has passed,

19  and the Court has not received any objections.  The Court finds the Report thorough and well-

20  reasoned and ADOPTS it in every respect.

21        Accordingly, because the Court lacks subject matter jurisdiction, the Court HEREBY

22  REMANDS this matter to Solano County Superior Court.  The Clerk shall transfer the file

23  forthwith.

24        **IT IS SO ORDERED.**

25  Dated:  August 9, 2013                    _____
                                              JEFFREY S. WHITE
26                                            UNITED STATES DISTRICT JUDGE

27

28

*United States District Court*
For the Northern District of California

United States District Court
For the Northern District of California

1

UNITED STATES DISTRICT COURT

2

FOR THE

3

NORTHERN DISTRICT OF CALIFORNIA

4

5

6   NEXT GENERATION CAPITAL,                    Case Number: CV13-02881 JSW

7              Plaintiff,                       **CERTIFICATE OF SERVICE**

7       v.

8   MARY THAI et al,

9              Defendant.

10   _____/

11

12   I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S.
     District Court, Northern District of California.

13   That on August 9, 2013, I SERVED a true and correct copy(ies) of the attached, by placing
     said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by
14   depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office
     delivery receptacle located in the Clerk's office.

15

16   Mary Thai
     Nancy Lopez
17   Pascual Lopez
     Quang Thai
18   101 Dover Way
     Vacaville, CA 95687
19

20   Dated: August 9, 2013

21                                              *Jennifer Ottolini*

                                                Richard W. Wieking, Clerk
                                                By: Jennifer Ottolini, Deputy Clerk

22

23

24

25

26

27

28