**United States District Court**
For the Northern District of California

1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7

8              FOR THE NORTHERN DISTRICT OF CALIFORNIA

9    NEXT GENERATION CAPITAL, LLC,                No. C 13-02881 JSW

10          Plaintiff,                            **ORDER ADOPTING REPORT
                                                  AND RECOMMENDATION AND
11   v.                                           REMANDING ACTION TO
                                                  SOLANO COUNTY SUPERIOR
12   MARY THAI, QUANG THAI, NANCY                 COURT**
     LOPEZ, and PASCAL LOPEZ,
13                                                (Docket No. 12)
            Defendants.
14
                                        /
15

16        This matter comes before the Court upon the Report and Recommendation issued by

17   Magistrate Judge Cousins that this Court remand this action to Solano County Superior Court

18   for lack of subject matter jurisdiction.  The time for filing objections to the Report has passed,

19   and the Court has not received any objections.  The Court finds the Report thorough and well-

20   reasoned and ADOPTS it in every respect.

21        Accordingly, because the Court lacks subject matter jurisdiction, the Court HEREBY

22   REMANDS this matter to Solano County Superior Court.  The Clerk shall transfer the file

23   forthwith.

24        **IT IS SO ORDERED.**

25   Dated:  August 9, 2013                       _____
                                                  JEFFREY S. WHITE
26                                                UNITED STATES DISTRICT JUDGE

27

28

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEXT GENERATION CAPITAL, | Case Number: CV13-02881 JSW |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| MARY THAI et al, | |
| Defendant. | |
| _____ / | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 9, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Mary Thai
Nancy Lopez
Pascual Lopez
Quang Thai
101 Dover Way
Vacaville, CA 95687

Dated: August 9, 2013

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk